UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RENEE GRATZER,

        Plaintiff,

v.

MEDTOUCH, LLC,

        Defendant.

C17-843 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion to dismiss, docket no. 5, is STRICKEN as moot. Within 21 days after defendant's motion to dismiss was filed, plaintiff filed an amended complaint, docket no. 11, as permitted by Federal Rule of Civil Procedure 15(a)(1)(B). Defendant has since filed another motion to dismiss, docket no. 17, which is aimed at the amended complaint, and which is currently noted for July 28, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of July, 2017.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1